# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00430-CV
## NO. 03-07-00431-CV

**The Estate of Derrich D. Pollock, Deceased; System 5 Trading Fund; Rod Watkins; Steve Watkins; Julee Pollock, as Administrator of the Estate of Derrich D. Pollock, Deceased, and Julee Pollock, Individually, Appellants**

**v.**

**Ronald Moyer, Dianne Moyer and James L. Johnson, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY,
### NO. 86345A, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court has received notice that appellant Julee Pollock has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Austin Division, Chapter 11, No. 07-11688). Thus, the appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or termination of the bankruptcy case may result in dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Bankruptcy

Filed:   October 3, 2007